MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:23-CR-00115-NODJ-BAM |
|---|---|
| Plaintiff, | STIPULATION VACATING STATUS CONFERENCE AND SETTING CHANGE OF PLEA HEARING; AND ORDER |
| v. | |
| FRANCISCO FERMAN, | |
| Defendant. | |

**STIPULATION**

1. By previous order, this matter was set for status conference on May 28, 2025.

2. By this stipulation, defendant now moves to vacate the status conference and set a change of plea hearing on March 24, 2025.

3. The plea agreement was filed on March 12, 2025.

4. No exclusion of time is required as time was previously excluded up to and including May 28, 2025.

IT IS SO STIPULATED.

STIPULATION VACATING STATUS
CONFERENCE AND SETTING CHANGE OF PLEA

1

Dated: March 12, 2025             MICHELE BECKWITH
                                  Acting United States Attorney


                                  /s/ ANTONIO J. PATACA
                                  ANTONIO J. PATACA
                                  Assistant United States Attorney


Dated: March 12, 2025             /s/ VICTOR M. CHAVEZ
                                  VICTOR M. CHAVEZ
                                  Counsel for Defendant
                                  FRANCISCO FERMAN


## ORDER

IT IS SO ORDERED that the status conference set for May 28, 2025, is vacated. A change of plea hearing is set for **March 24, 2025, at 8:30 a.m. in Courtroom 5 before the District Court Judge**. Time is excluded pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv).


IT IS SO ORDERED.

Dated:   **March 12, 2025**           /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE