1  VICTOR M. CHAVEZ, Bar #113752
   Attorney at Law
2  Post Office Box 5965
   Fresno, California 93755
3  Telephone: (559) 824-6293

4  Counsel for Defendant
   FRANCISCO FERMAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:23-CR-00115-TLN-BAM |
|---|---|
| *Plaintiff,* | **REQUEST TO TERMINATE CJA APPOINTMENT OF VICTOR M. CHAVEZ AS ATTORNEY OF RECORD; ORDER** |
| vs. | |
| FRANCISCO FERMAN | |
| *Defendant.* | |

On May 24, 2023 a criminal complaint was filed in this case. CJA Panel Attorney, Victor M. Chavez was appointed to represent Mr.Ferman on May 31, 2023, nunc pro tunc to May 22, 2023. Mr. Ferman entered a guilty plea pursuant to a plea agreement on March 24, 2025. He was sentenced on July 28, 2025. The time for filing a direct appeal has expired and no appeal was filed. Mr.Ferman was in custody at the time of sentencing. The trial phase of Mr. Ferman's criminal case has ended. CJA attorney Victor M. Chavez now requests that the court terminate his appointment under the Criminal Justice Act.

Should Mr. Ferman require further representation in the Office of the Federal Defender for the district court he has been advised to contact the Eastern District of California by mail at 2300 Tulare Street, Suite 330, Fresno, CA. 93721, or by phone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the appointment of counsel to assist him.

Respectfully submitted,

**Dated: October 15, 2025**                    /s/Victor M. Chavez
                                                **VICTOR M. CHAVEZ**
                                                Attorney for Defendant
                                                FRANCISCO FERMAN

## ORDER

The Court finds that attorney Victor M. Chavez has completed the services for which he was appointed and hereby terminates his CJA Appointment as attorney of record in this case. Should defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, CA 93721.  The phone number for the office is (559) 487-5561 (collect) or (855) 656-4360 (toll-free).  If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant at the following address and to update the docket to reflect Defendant's pro se status and contact information:

Francisco Ferman Reg. No. 61117-510, FCI Victorville Medium II, Federal Correctional Institution, P.O. Box 3850, Adelanto, Ca. 92301.

**IT IS SO ORDERED.**

Dated:   October 22, 2025

_____
Troy L. Nunley
Chief United States District Judge